LAZEAR MACK LLP
ARTHUR W. LAZEAR, SB 083603
MORGAN M. MACK, SB 212659
435-14th Street, #1117
Oakland, CA 94612
Telephone: (510) 735-6316
Facsimile: (510) 545-4226
Email: arthur@lazearmack.com,
morgan@lazearmack.com

Attorneys for Plaintiff
KENNETH INGRAHAM

MICHAEL A. FARBSTEIN (CA State Bar No. 107030)
H. ANN LIROFF (CA State Bar No. 113180)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue Suite 425
San Mateo CA 94402
Telephone:   (650) 554-6200
Facsimile:    (650) 554-6240
Email:     maf@farbstein.com
           hal@farbstein.com

Attorneys for
FAMILY SUPPORT SERVICES OF THE BAY AREA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH INGRAHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>FAMILY SUPPORT SERVICES OF THE BAY AREA<br>          Defendant. | Case No. 3:~~16~~ 17-cv-00012-SK<br><br>**STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE and** ~~[PROPOSED]~~ **ORDER DISMISSING LAWSUIT WITH PREJUDICE**<br><br>Before the Honorable Sallie Kim |

It is hereby stipulated by and between Plaintiff Kenneth Ingraham, on the one hand, and Defendant Family Support Services of the Bay Area, on the other hand, that all claims of Plaintiff Kenneth Ingraham against Defendants in the above-captioned matter be dismissed with prejudice. All parties to this stipulation shall bear their own fees and costs.

DATED: 2017 / 07 / ~~26~~

LAZEAR MACK LLP

By: *Arthur W. Lazear*
Arthur W. Lazear
Morgan M. Mack

Attorneys for Plaintiff
KENNETH INGRAHAM

DATED: 7/26/2017

FARBSTEIN & BLACKMAN APC

By: *H. Ann Liroff*
Michael A. Farbstein
H. Ann Liroff

Attorneys for Defendant
FAMILY SUPPORT SERVICES OF THE BAY AREA

## ~~[PROPOSED]~~ ORDER

It is hereby ORDERED, ADJUDGED AND DECREED that this action and all claims filed herein are DISMISSED WITH PREJUDICE and without attorneys' fees or costs to either party.

**IT IS SO ORDERED.**

Dated: July 27, 2017

_____
SALLIE KIM
UNITED STATES MAGISTRATE JUDGE